**Larry Kenneth ALEXANDER, Appellant,**

v.

**John A. HEDBACK, Trustee of the Bankruptcy Estate of Georgia Yvonne Stephens, Appellee.**

**In re: G. Yvonne Stephens, Debtor**

**G. Yvonne Stephens, Appellant,**

v.

**John A. Hedback, Trustee of the Bankruptcy Estate of G. Yvonne Stephens; Mary Jo A. Jensen–Carter, Trustee of the Bankruptcy Estate of Larry K. Alexander, Appellees.**

**Nos. 10–1667, 10–1855.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 4, 2010.

Filed: Oct. 6, 2010.

G. Yvonne Stephens, St. Paul, MN, pro se.

John A. Hedback, Trustee of the Bankruptcy Estate of G. Yvonne Stephens, St. Anthony, MN, pro se.

Michael Joseph Iannacone, III, Lake Elmo, MN, for Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Larry Alexander challenges the district court's[1] order dismissing his action for a declaratory judgment as to his ownership of real property (No. 10–1667); and G. Yvonne Stephens challenges the order of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[2] approval of a settlement between trustees regarding the same property (No. 10–1855).

In No. 10–1667, we find that dismissal was proper for the reasons stated by the district court. *See Followell v. United States,* 532 F.3d 707, 708 (8th Cir.2008) (de novo review). In No. 10–1855, we agree with the BAP's analysis in all respects. *See In re Vote,* 276 F.3d 1024, 1026 (8th Cir.2002) (court of appeals applies same standard of review as BAP, reviewing bankruptcy court's findings of fact for clear error, and its conclusions of law de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Davis S. Doty, United States District Judge for the District of Minnesota.

2. The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota.